# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAUS GROUP, INC. and<br>INDUSTRIAS AUXILIARES FAUS S.L.,<br><br>      Plaintiffs/Counterdefendants<br><br>vs.<br><br>MOHAWK INDUSTRIES, INC.<br><br>      Defendant/ Counterplaintiff | CIVIL ACTION<br>NO. 1:05-CV-2373-TCB<br>(consolidated for discovery purposes only with Civil Action No. 1:06-CV-0218-TCB) |
| FAUS GROUP, INC. and<br>INDUSTRIAS AUXILIARES FAUS S.L.<br><br>      Plaintiffs/Counterdefendants<br><br>vs.<br><br>COLUMBIA FLOORING INC.,<br>UNILIN HOLDING, INC.,<br>UNILIN FLOORING N.C., LLC, and<br>UNILIN FLOORING INC.<br><br>      Defendants/Counterplaintiffs | CIVIL ACTION NO. 1:06-CV-0218-TCB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and (c), it is hereby stipulated and agreed that all claims and counterclaims in the above-captioned cases are dismissed without prejudice. Each party will bear its own costs.

ATLANTA:4965402.2

This 16th day of October, 2007.

| | |
|---|---|
| /s/ *Gregory S. Brow*  | /s/ *Eugene L. Chang*  |
| Gregory S. Brow | Frank Smith |
|   Ga. Bar No. 086422 |   Ga. Bar No. 657550 |
|   Email: gbrow@mckennalong.com |   Email: fsmith@alston.com |
| Amir R. Farokhi | Robin L. McGrath |
|   Ga. Bar No. 141262 |   Ga. Bar No. 493115 |
|   Email: afarokhi@mckennalong.com |   Email: rmcgrath@alston.com |
| MCKENNA LONG & ALDRIDGE LLP | Charlena L. Thorpe |
| 303 Peachtree Street, NE, Suite 5300 |   Ga. Bar No. 760954 |
| Atlanta, GA 30308 |   Email: charlena.thorpe@alston.com |
| Telephone:  (404) 527-4000 | ALSTON & BIRD LLP |
| Facsimile:  (404) 527-4198 | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309 |
| *Of Counsel*: | Telephone:  (404) 881-7000 |
| | Facsimile:  (404) 881-7777 |
| Matthew T. Bailey | |
|   Admitted *Pro Hac Vice* | *Of Counsel*: |
|   Email: mbailey@mckennalong.com | |
| Audrey Klein | John M. DiMatteo |
|   Admitted *Pro Hac Vice* |   Admitted *Pro Hac Vice* |
|   Email: aklein@mckennalong.com |   Email: jdimatteo@willkie.com |
| Adrian Mollo | Eugene L. Chang |
|   Admitted *Pro Hac Vice* |   Admitted *Pro Hac Vice* |
|   Email: amollo@mckennalong.com |   Email: echang@willkie.com |
| MCKENNA LONG & ALDRIDGE LLP | Henry Park |
| 1900 K Street, N.W. |   Admitted *Pro Hac Vice* |
| Washington, DC 20006-1108 |   Email: hpark@willkie.com |
| Telephone: (202) 496-7500 | WILLKIE FARR & GALLAGHER LLP |
| Facsimile: (202) 496-7756 | 787 Seventh Avenue |
| | New York, New York 10019-6009 |
| *Attorneys for Plaintiffs* | Telephone:  (212) 728-8000 |
| | Facsimile:  (212) 728-8111 |
| | |
| | *Attorneys for Defendants* |